# EXHIBIT A



**Invoice 400762**
**Customer REA01**

PO Box 2307
Fresno, CA 93745
Phone: 559-442-1932
Fax: 559-442-1933

**Bill To:**
REAL GOOD FOODS, LLC
3 EXECUTIVE CAMPUS STE 155
CHERRY HILL, NJ 08002

**Ship To:**
REAL GOOD FOODS, LLC
3 EXECUTIVE CAMPUS STE 155
CHERRY HILL, NJ 08002

| Date | Ship Via | F.O.B. | Terms | **Order Reference** |
|---|---|---|---|---|
| 01/26/24 | | | NET 14 DAYS | |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 36565 | 01/26/24 | BD | 400762 |

| Quantity Shipped | Pack Size | Customer Item No. | Item Number | Description | Lot No. | Weight | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 8000.00 | LB | | CHIJADILB | CHILE JALAPENO DICED 1/4" | 354448 | 8000.0 | 1.65 | 13200.00 |

| 8000.00 | | | | | | 8000.0 | | |
| | | | | | | | Total | 13200.00 |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

Net due on 02/09/24

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

CDFA #: C15044    PACA #: 20050358

Customer Original (Reprinted)    Page    1

aribbw

# SUN LEAF

P: 949.859.0700  F: 949.859.0711

**Invoice SI-022220**

Tax Id Number

PACA License Number 200604115

Please contact accounting@sunleaffoods.com or call 949.334.5113

| | |
|---|---|
| **Invoice Date: 01/18/24** | **Invoice Due Date: 02/07/24** |
| Belt Sales Order: SO-028968 | Payment Terms: NET 20 |
| Customer: Real Good Foods, LLC | |
| Customer PO: 34651 | **NOTES:** |
| Bill to: | Release or BOL: 14172 |
| **Real Good Foods, LLC** | Contact: Ayaz Zafar |
| 3 Executive Campus Suite 155 | Contact Email: ap@realgoodfoods.com |
| Cherry Hill  NJ  08002 | |
| **Remit to address:** | Storage Charge: |
| *SunLeaf* | Temperature Recorder: |
| 26473 Rancho Parkway South | FedEx Charge: |
| Lake Forest, CA. 92630 | Lumper Charge: |
| | Overtime Charge: |
| *If you ever receive a notification of change in our ACH/Wire banking information, please contact us by calling our Accounting Department to verify accuracy.* | Pallet Charge: |
| | Samples Charge: |
| | Stop Charge: |
| | **Freight Charge: $0.00** |
| | **Final Invoice Amount To Pay: $35,614.35** |

| Line | Item Code | Description | Pack Size | Grade | Unit QTY | Total Net Weight | Price LB | UoM Price | Line Item Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 06915 | CAULIFLOWER RICE | 45 lb | A | 851 | 38295 | $0.9300 | $41.85 | $35,614.35 |
| | | | | TOTAL: | 851 | 38295 | | | $35,614.35 |

**LOT INFORMATION:** *For Warehouse Sales Orders only.  COA and BOL from Drop Ships will come separately.*

| Item Code | Description | Lot | Allocated QTY | COO | Day Code |
|---|---|---|---|---|---|
| 06915 | | | 851 | | |

**Total Amount Due: $35,614.35**

Final Location: 630 E California Ontario CA  91761

SunLeaf, a division of C.H. Belt & Associates, Inc Terms and Conditions
- Please send payment confirmations to: accounting@sunleaffoods.com
- Claims - Notice of claims must be made to SunLeaf in writing within **10 days** of delivery. All claims must be supported by clear photos of the damage along with day codes.  The product must be kept intact should an additional inspection be required.
- Damaged Goods - Buyer shall immediately report any damage or shortage noticed upon delivery to the carrier and to CH Belt/SunLeaf. It must also be clearly indicated on the carrier's paperwork and signed by the receiver.
- Invoices that are past due from the due date are subject to a late fee of $25 per invoice minimum charge inclusive of a monthly finance charge of 1.5% (18% per year) that will be applied to all past due invoices.
- Any returned check will have a $30 transaction fee.
- Buyer will pay CH Belt/SunLeaf all collection costs and expenses, including, but not limited to, reasonable attorney's fees, made necessary in collection of any sums past due under this Contract.
- Buyer is not authorized to make any deductions from the amounts invoiced unless it is authorized in writing by CH Belt/SunLeaf.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the perishable agricultural commodities act, 1930 (7 U.S.C.499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  A finance charge calculated at the rate of 1.5 per month (18% annually), or at the highest rate permitted by law, will be applied to all past due accounts.  In addition, should any action be commenced between the parties to this contract concerning the sums due or the rights and duties of any party to this contract or the interpretation of this contract, the prevailing party shall be entitled to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

1



681 South Clarence  
Los Angeles, CA  90023-1120 US

(323) 268-8897  
(323) 268-2632 - Fax

Accounting Offices  
8AM - 2PM  
(818) 757-1494  
(818) 757-1087 FAX

# Invoice

| Date | Invoice # |
|---|---|
| 3/26/2024 | 557036 |

**Bill To**

REAL GOOD FOOD COMPANY  
18901 Railroad St.  
City of Industry,  
CA 91748

**Ship To**

| Terms | P.O. Number | Prepared By | Ship Date | Account Number |
|---|---|---|---|---|
| Net 30 | 39254 | lg | 3/26/2024 | |

| Item | Description | Quantity/LBS | Price Each LB | Amount |
|---|---|---|---|---|
| 911 Florets | Broccoli Florets | 6,000 | 3.49 | 20,940.00 |
| 203 Dic | Onions Yellow Diced 1/4" | 500 | 1.55 | 775.00 |
| 705 Clean | Cilantro Cleaned | 1,000 | 3.19 | 3,190.00 |
| 513 Match | Carrots Sticks Match | 2,500 | 2.15 | 5,375.00 |
| 985 Peel | Garlic Peeled | 300 | 3.79 | 1,137.00 |
| Miscellaneous | Tomatillo Peeled | 4,000 | 0.98 | 3,920.00 |
| 719 Bean Green | Green Beans Clean | 3,060 | 3.79 | 11,597.40 |

Joe Rodriguez  03-26-24

Delivery Details:

**Total** $46,934.40

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  
PACA TRUST-IN ORDER TO INSURE OUR RIGHTS TO THE TRUST PROVISIONS OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, WE WILL STRICTLY ENFORCE OUR TERMS OF SALE.  
ALL CLAIMS FOR THE RETURN OF GOODS, DAMAGED GOODS AND SHORTAGE MUST BE MADE WITHIN 24 HOURS, PAST DUE ACCOUNTS SUBJECT TO A 1-1/2% MONTHLY SERVICE CHARGE. IF IT BECOMES NECESSARY TO RETAIN AN ATTORNEY TO ENFORCE COLLECTION, BUYER SHALL BE LIABLE FOR REASONABLE ATTORNEY FEE AND COST.