June T. Monroe, State Bar No. 284763
Elise C. O'Brien, State Bar No. 245967
**FENNEMORE LLP**
18881 Von Karman Ave., Suite 1260
Irvine, CA 92612
Tel: (949) 752-2911 / Fax: (949) 752-0953
jmonroe@fennemorelaw.com
eobrien@fennemorelaw.com

Attorneys for Plaintiffs
1st Quality Produce, Inc.
CH Belt & Associates, Inc.
Delta Space Corp., dba Continental Processors

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1st QUALITY PRODUCE, INC., a California corporation; C. H. BELT & ASSOCIATES, INC., a California corporation dba SUNLEAF FOODS; DELTA SPACE CORP., a California corporation dba CONTINENTAL PROCESSORS,<br><br>Plaintiffs,<br><br>v.<br><br>REAL FOOD FOODS, LLC a Delaware limited liability company; THE REAL GOOD FOOD COMPANY, INC., a Delaware corporation; GERARD LAW, an individual; AKSHAY JAGDALE an individual; TIMOTHY S. ZIMMER, an individual,<br><br>Defendants. | Case No. 8:24-cv-01728-JWH-ADS<br><br>**STIPULATION FOR DISMISSAL & RETENTION OF JURISDICTION PURSUANT TO FRCP 41(a)**<br><br>Complaint Filed: August 7, 2024 |

///

///

This Stipulation for Dismissal and Retention of Jurisdiction (the "Stipulation") is entered into by and between Defendants REAL FOOD FOODS, LLC, a Delaware limited liability company ("Defendant"), and THE REAL GOOD FOOD COMPANY, INC., a Delaware corporation, on the one hand (together, "Defendants"), and Plaintiffs 1st QUALITY PRODUCE, INC., a California corporation (1st Quality"), C. H. BELT & ASSOCIATES, INC., a California corporation dba SUNLEAF FOODS ("Sunleaf"), DELTA SPACE CORP., a California corporation dba CONTINENTAL PROCESSORS ("Continental")(collectively, "Plaintiffs") and is made concerning the following facts:

### RECITALS

1. On August 7, 2024, Plaintiffs filed the Complaint in this action against Defendants. Plaintiffs and Defendants are sometimes referred to herein collectively as the "Parties" and individually as "Party."

2. The Complaint alleges causes of action against Defendants for (1) Breach of Contract; (2) Enforcement of Statutory Trust Provisions under the Perishable Agricultural Commodities Act ("PACA") 7 U.S.C. § 499a, et seq.; (3) Violation of PACA; Failure to Account and Pay Promptly; (4) Breach of Fiduciary Duty; (5) Receipt of PACA Trust Assets; and (6) Declaratory Relief.

3. The Parties have agreed to settle the Complaint and Action by written Settlement Agreement and Release (the "Settlement Agreement").

4. The Parties agreed, among other things, that the performance of the Settlement Agreement should be completed by January 17, 2026.

5. The Parties to the above-titled action have entered into the instant Stipulation under Federal Rules of Civil Procedure ("FRCP") Rule 41(a) and request that this Court retain jurisdiction under FRCP 41(a), to enforce the terms of the Settlement Agreement, if necessary.

**STIPULATION**

Under FRCP 41(a)(1)(A)(ii), counsel for Plaintiffs and Defendants stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party shall bear his own costs and attorneys' fees, except as described in the Parties' Settlement Agreement.

IT IS FURTHER STIPULATED that the Court shall retain jurisdiction over this matter pursuant to *Kokkonen v. Guardian Life Ins.*, 511 U.S. 375 (1994) to enforce the settlement agreement between the Plaintiffs and Defendants as well as all orders entered by the Court in this matter, which orders shall retain their enforceability.

IT IS FURTHER STIPULATED that in the event of any breach of the Settlement Agreement (following any notice and cure provisions referenced therein), any party may proceed either by noticed motion or by an *ex parte* application to request that the Court reopen this matter and take appropriate steps to enforce the Settlement Agreement.

IT IS FURTHER STIPULATED THAT this Stipulation may be signed in any number of counterparts with the effect as if all Parties had executed the same document. All counterparts shall be considered together and shall constitute the same Stipulation. The facsimile or electronic signatures of any Party shall have the same force and effect as an original signature.

Dated: March 14, 2025

FENNEMORE, LLP

By: *[signature]*
June T. Monroe Esq.
Attorneys for Plaintiffs
1st QUALITY PRODUCE, INC., a California corporation; C. H. BELT & ASSOCIATES, INC., a California corporation dba SUNLEAF FOODS; DELTA SPACE CORP., a California corporation dba CONTINENTAL PROCESSORS

Dated: February 14, 2025          VARNER & BRANDT LLP

By: _____
Richard D. Marca, Esq.
Christopher S. Milligan, Esq.
Attorneys for Defendants
REAL GOOD FOODS, LLC, a
Delaware Limited Liability Company,
and THE REAL GOOD FOOD
COMPANY, INC., a Delaware
corporation, GERARD LAW, an
individual; and TIMOTHY S.
ZIMMER, an individual

### Certification Under USDC CD Cal. Local Rule 5-4.3.4(a)(2)(i)

Pursuant to USDC CD Cal. Local Rule 5-4.3.4(a)(2)(i), I, June T. Monroe, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 14, 2025          By: */s/ June T. Monroe*
                                     June T. Monroe

## **PROOF OF SERVICE**

**1st QUALITY PRODUCE, INC., a California corporation, et al., v. REAL GOOD FOODS, LLC, *et al*. a Delaware limited liability company, et al.**
**U.S.D.C. Central District of CA, Case No. 8:24-cv-01728-JWH-ADS**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18881 Von Karman Ave., Suite 1260, Irvine, CA 92612.

On March 18, 2025, I served true copies of the following document(s) described as:

**STIPULATION FOR DISMISSAL & RETENTION OF JURISDICTION PURSUANT TO FRCP 21(a)**

on the interested parties in this action as follows:

**[ ] By United States Mail**: The document(s) was/were enclosed in a sealed envelope and addressed to the person(s) identified on the service list below. The envelope was placed for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[X] By CM/ECF**: I electronically transmitted a true copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to each CM/ECF registrant's electronic address, as disclosed with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 18, 2025, at Irvine, California.

                                          /s/ Michelle Aguilar
                                          Michelle Aguilar

FENNEMORE LLP
ATTORNEYS AT LAW
IRVINE

51439347/S.0209